UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| URIEL WAYNE CATES, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1-10CV0055 |
| | ) JUDGE HAYNES |
| BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T TENNESSEE | ) |
| Defendant. | ) |

## ORDER ON PLAINTIFF'S MOTION TO REMAND AND MOTION TO STAY DISCOVERY PENDING JURISDICTIONAL DETERMINATION

Plaintiff, Uriel Wayne Cates, filed a Motion to Remand and a Motion for Costs and Expenses on July 13, 2010 (Docket Nos. 6-7), to which Defendant BellSouth Telecommunications, Inc. d/b/a AT&T Tennessee filed a Response in Opposition on July 27, 2010 (Docket No. 9). On August 9, 2010, Plaintiff filed a Motion to Stay Discovery Pending Jurisdictional Determination (Docket No. 10), and on August 18, 2010, Defendant filed a Motion in Opposition (Docket No. 11). These motions were heard on August 27, 2010 at the Initial Case Management Conference in this matter. The Court is otherwise sufficiently advised. Based on the arguments and briefs of counsel for Plaintiff and Defendant, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand and Motion for Costs and Expenses and Plaintiff's Motion to Stay Discovery Pending Jurisdictional Determination are denied in their entirety.

IT IS FURTHER ORDERED that Plaintiff shall produce any wire in the possession of Mr. Cates or counsel for Mr. Cates for inspection within two (2) weeks of the Initial Case Management Conference, or by September 10, 2010. Also by September 10, 2010, Defendant

shall make available for inspection and copying any reports reflecting testing or inspection of any wire collected, examined, or obtained from the field where the accident occurred and all documents generated by Paulette Stills related to such wire, to the extent such reports and documents are not protected by the attorney-client privilege or attorney work product; any documents withheld on a claim of attorney-client privilege or attorney work product shall be noted on a privilege log in conformity with Rule 26(b)(5) of the Federal Rules of Civil Procedure, to also be produced by September 10, 2010.

IT IS FURTHER ORDERED that the parties shall appear before Judge Haynes, 815 Garden Street U.S. Post Office Building, Columbia, Tennessee at 4:00 am/pm on October 15, 2010 for a status conference.

It is so **ORDERED**.

**ENTERED** this the 15 day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge

APPROVED FOR ENTRY:

DUBOIS, DUBOIS, & BATES, P.C.

By: /s/ David A. Bates (with permission)
David A. Bates, BPR No. 021156
Attorney for Plaintiff
810 S. Garden Street
P.O. Box 339
Columbia, Tennessee 38402-0339
(931) 388-2526
dbates@duboislegal.com


BASS, BERRY & SIMS, PLC

By: /s/ Ashleigh M. Harb
Erica Bell Vick, BPR No. 022676
Ashleigh Marie Harb, BPR No. 027277
Attorneys for Defendant
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
evick@bassberry.com
aharb@bassberry.com