# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

|  |  |  |
|---|---|---|
| URIEL WAYNE CATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-00055 |
| | ) | JUDGE HAYNES |
| | ) | |
| BELLSOUTH TELECOMMUNICATIONS, | ) | |
| INC., d/b/a/ AT&T TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court has been advised by counsel that all matters and things in controversy in this action have been compromised and settled.

Accordingly, this action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the ____ day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge